```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ANDREW NGUYEN,

                Defendant.

25 Cr. 506 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Government requests a stay of the Honorable Henry J. Ricardo's bail order dated November 4, 2025, pending the Government's appeal of the order.  Mr. Nguyen opposes the Government's request.  Upon the Court's consideration of the parties' arguments during a remote conference held on November 4, 2025, the Government's request for a stay pending appeal is GRANTED.  The stay shall remain in place pending further order of the Court.

      SO ORDERED.

Dated: November 5, 2025
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge