# Simpson Thacher & Bartlett

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2025

Direct Dial Number
+1-212-455-2542

E-mail Address
martin.bell@stblaw.com

<u>VIA ECF AND EMAIL</u>                                         November 20, 2025

Re:    *United States* v. *Andrew Nguyen*, 25 Cr. 506 (AT) (S.D.N.Y.)

The Honorable Analisa Torres
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Torres:

      I represent the defendant in the above captioned action. I write regarding Mr. Nguyen's bail conditions.

      Mr. Nguyen was unable to keep his job as a bus driver after his release on the Court's order last week. He has, however, secured other employment in the delivery field, training for which is scheduled to take place on November 21 and November 22 from 8:00 am to 4:30 pm. After that, he anticipates being issued a regular shift, the hours of which have not yet been made known to him.

      Mr. Nguyen's pretrial officer has asked that the Court approve this in an abundance of caution, given the departure from the specific language of the Court's order. We therefore respectfully request that the Court modify Mr. Nguyen's conditions of release by endorsing this letter, such that he is allowed to continue his new employment and at the days and times provided to and verified and approved by Pretrial Services. We have raised this request to the Government, which informs us that it defers to the supervisory discretion of Pretrial Services.

Simpson Thacher & Bartlett LLP

The Honorable Analisa Torres -2- November 20, 2025

    We thank the Court.

        Respectfully submitted,

        */s/ Martin S. Bell*

        Martin S. Bell
        Lindsay Rule
        Griselda Cabrera

cc:    Government Counsel,

       Pretrial Services Officer Shannon Finneran

---

GRANTED. Defendant is permitted to maintain employment in the delivery field and is permitted to attend training for such employment on November 21 and 22 from 8:00 a.m. to 4:30 p.m. Defendant must submit the days and the times of his shifts for verification and approval by Pretrial Services. All other pretrial release conditions as set forth in the Court's November 12, 2025 order remain unaltered.

SO ORDERED.

Dated: November 20, 2025
      New York, New York

                                 ANALISA TORRES
                                 United States District Judge