UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ANDREW NGUYEN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/30/2025

25 Cr. 506 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The change-of-plea hearing scheduled for January 5, 2026, is ADJOURNED to
**January 26, 2026**, at **11:00 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl
Street, New York, New York 10007.  Time is excluded until January 26, 2026, under the Speedy
Trial Act, 18 U.S.C. § 3161(h)(1)(G), because excluding such time will allow the Court to
consider a proposed plea agreement to be entered into by the Defendant and the Government.

SO ORDERED.

Dated:  December 30, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge