UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ANDREW NGUYEN,

                            Defendant.

ANALISA TORRES, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/26/2026

25 Cr. 506 (AT)

**ORDER**

        The change-of-plea hearing scheduled for January 27, 2026, at 1:00 p.m., is ADJOURNED to **January 27, 2026**, at **4:00 p.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated:  January 26, 2026
            New York, New York

_____
ANALISA TORRES
United States District Judge